UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE RODRIGUEZ, VALENTIN RODRIGUEZ, ALEJANDRO MONDRAGON and RUBEN PEREZ, Individually and on Behalf of All Others Similarly Situated<br>    *Plaintiffs* | § § § § § § § | |
| | § | Civil Action No. 1:12-cv-710-LY |
| v. | § § | |
| MECHANICALTECHNICAL SERVICES, INC.; COMFORT SYSTEMS USA, INC.; CLP RESOURCES, INC., and LABOR READY, CENTRAL, INC.<br>    *Defendants* | § § § § § | |
| | § | Jury Demanded |

## NOTICE OF FILING OF CONSENT TO FILE SUIT UNDER FLSA

TO THE HONORABLE COURT:

    Plaintiffs hereby give notice of filing of the Consent to File Suit under the Fair Labor Standards Act of Elfego Miranda, attached hereto and incorporated herein by reference.

                                          Respectfully submitted,

                      By: _____
                                Aaron Johnson
                                Texas State Bar No. 24056961
                                aaron@equaljusticecenter.org
                                Christopher Willett
                                Texas State Bar No. 24061895
                                chris@equaljusticecenter.org
                                EQUAL JUSTICE CENTER and
                                TRANSNATIONAL WORKER RIGHTS CLINIC
                                510 S. Congress Ave., Suite 206
                                Austin, Texas 78704
                                Tel.: (512) 474-0007 ext-104
                                Fax: (512) 474-0008

J. Derek Braziel
Texas Bar No. 00793380
jdbraziel@l-b-law.com
Meredith Mathews
Texas Bar No. 24055180
mmathews@l-b-law.com
LEE & BRAZIEL, L.L.P.
1801 N. Lamar St. Suite 325
Dallas, Texas  75202
Tel:  (214) 749-1400
Fax:  (214) 749-1010
www.overtimelawyer.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that on November 08, 2013 I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants below:

David R. Ongaro
dongaro@obllaw.com
Amelia D. Winchester
awinchester@obllaw.com
ONGARO, BURTT & LOUDERBACK
650 California Street, Fifth Floor
San Francisco, California 94108
Telephone: (415) 433-3901
Facsimile: (415) 433-3950

Danley Cornyn
danley.cornyn@tklaw.com
THOMPSON & KNIGHT, LLP
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701
Telephone: (512) 469-6100
Facsimile: (512) 469-6180

Elizabeth Schartz
elizabeth.schartz@tklaw.com
THOMPSON & KNIGHT, LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

Angela Marshall
angela.marshall@ogletreedeakins.com
Michael Fox
Michael.fox@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150
Austin, TX 78701
Telephone: 512-344-4703
Facsimile: 512-344-4701

Attorneys for Defendants
Mechanical Technical Systems, Inc.
and Comfort Systems USA, Inc.

Telephone: (214) 969-1700
Facsimile: (214) 969-1751

Attorneys for Defendants
CLP Resources, Inc. and
Labor Ready Central, Inc.

_____
Aaron Johnson
Attorney for Plaintiffs