## CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against the Defendant(s) in the case in which this consent is filed. By joining this lawsuit, I designate the Named Plaintiffs and their attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case, including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that this consent is intended to be filed to recover my overtime wages under the Fair Labor Standards Act against Defendant(s) whether in the above-captioned action or in any subsequent action that may be filed on my behalf against Defendants for recovery of unpaid overtime wages under the FLSA, and this consent may be used in this case or in any subsequent case alleging violations of the FLSA against Defendants as necessary. For purposes of pursuing my unpaid overtime claims, I choose to be represented by Lee & Braziel, LLP, the Equal Justice Center, and other attorneys with whom they may associate.

Date: 11/05/13

Signature: Elfego Miranda P.

Printed Name: Elfego Miranda P.